IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



WILLIAM L. TYSON,

    Plaintiff,

v.                                       Civil Case No. 3:16-cv-814

BB&T CORPORATION,

    Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that BB&T CORPORATION'S MOTION TO DISMISS (ECF No. 7) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                              /s/       /REP/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: February 21, 2017