**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **WILLIAM L. TYSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:16CV814** |
| | ) | |
| **BB&T CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, William L. Tyson, and Defendant BB&T Corporation, through their respective counsel, hereby stipulate that Plaintiff's claims asserted against Defendant are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

This 1st day of March, 2017.

**WE ASK FOR THIS:**

**PLAINTIFF,**

  _/s/ Blackwell N. Shelley, Jr._____
Blackwell N. Shelley, Esq. (VSB No. 28142)
Tim Schulte, Esq. (VSB No. 41881)
Shelley Cupp Schulte, P.C.
2020 Monument Avenue, First Floor
Richmond, VA 23220
Telephone: (804) 644-9700
Facsimile:  (804) 278-9634
Shelley@scs-work.com
schulte@scs-work.com

**DEFENDANT,**

  _/s/ Sean M. Golden_____
Sean M. Golden, Esquire (VSB No. 76776)
VANDEVENTER BLACK, LLP
707 East Main Street, Suite 1700
P.O. Box 1558
Richmond, VA  23218-1558
Telephone: (804) 237-8826
Facsimile: (804) 237-8801
sgolden@vanblacklaw.com
*Counsel for Defendant*